%₂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

MONTI J. CASTANEDA

**SUMMONS IN A CIVIL ACTION**

V.

INSTITUTE OF INTERNATIONAL EDUCATION,
INC., JOAN WALL, and MARY KIRK

CASE NUMBER:

'08 CV 4491

TO: (Name and address of Defendant)

INSTITUTE OF INTERNATIONAL EDUCATION, INC.
809 United Nations Plaza, New York, NY 10017-3580

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERARDO E. MEJIA
MEJIA LAW FIRM LLC
305 MADISON AVENUE, SUITE 449
NEW YORK, NY 10165

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 1 5 2008

**J. MICHAEL McMAHON**

CLERK _____     DATE _____

(By) DEPUTY CLERK



# SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

SHERIFF'S CASE # 08013988
DOCKET/INDEX #  08 CIV 4491

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NY
------------------------------------------------------x

## MONTI J. CASTANEDA

PLAINTIFF/PETITIONER

   VS

## INSTITUTE OF INTERNATIONAL EDUCATION, INC

DEFENDANT/RESPONDENT
------------------------------------------------------x

STATE OF NEW YORK}
COUNTY OF NEW YORK } SS:

I, **JOHN HAMMANN,** Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **6/19/2008,** at approximately **10:40AM** at **809 UNITED NATIONS PLAZA  NEW YORK, NY 10017** in the borough of f**MANHATTAN,** County of **NEW YORK,** I served the annexed: **SUMMONS & COMPLAINT** upon **INSTITUTE OF INTERNATIONAL EDUCATION, INC,** in the following manner:

**[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **MS. AMANDA SPADACCINI,** a true copy thereof.  Said person stated he/she was **AGENT DESIGNATED FOR SERVICE** an agent authorized to accept service of legal process.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT**      Sex: **Female**          Approx. Age: **30**      Height:  **5'6"**
Weight: **135lbs.**             Hair Color: **BROWN**

SHERIFF OF THE CITY OF NEW YORK
**Lindsay Eason**

**Dated: 6/19/2008**

BY: _____
            **DEPUTY SHERIFF**
            **JOHN HAMMANN 376**

Notary
Sworn before me
this 1st day of July , 2008

_____

**LUIS D. FELICIANO**
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb 22, 2010



# SHERIFF'S AFFIDAVIT OF SERVICE
**Personal Service**

**Docket #** 08 CIV 4491

**Part** _____ **Hearing Date**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------x

**Sheriff's Case #** 08013988

## MONTI J. CASTANEDA

PLAINTIFF/PETITIONER

    VS

## INSTITUTE OF INTERNATIONAL EDUCATION, INC.

DEFENDANT/RESPONDENT
----------------------------------------------------x

**STATE OF NEW YORK
NEW YORK } SS:**

I, **JOHN HAMMANN**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **6/19/2008**, at approximately **10:40AM** at **809 UNITED NATIONS PLAZA  NEW YORK, NY 10017** in the borough of **MANHATTAN** County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT** upon **MARY KIRK**, in the following manner:

**[X] PERSONAL SERVICE**

By delivering to and leaving with, **MS. AMANDA SPADACINI**, a person of suitable age and discretion, who stated he/she was **AGENT DESIGNATED FOR SERVICE** to the defendant/respondent, a true copy thereof. Said address is the **ACTUAL PLACE OF BUSINESS** of the defendant/respondent.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT**    Sex: **Female**    Approx. Age: **30**    Height: **5'6"**
Weight: **135lbs.**    Hair Color: **BROWN**

**[X] MAILING**

On **JULY 1, 2008** , I mailed the above mentioned process (es) by first class USPS mail to the defendant/respondent at his/her last known residence/actual place of business in an envelope bearing the legend **"PERSONAL AND CONFIDENTIAL"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant/respondent.

**[ ] STATUTORY FEE DESCRIPTION**

At the time of service, a statutory fee $_____ was left with the person mentioned and described herein.

**SHERIFF OF THE CITY OF NEW YORK
Lindsay Eason**

**Dated: 07/01/2008**

Notary
Sworn before me
this _1ST_ day of _July_ , 20_08_

LUIS D. FELICIANO
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb 22, 20_12_

**BY:** _____
**JOHN HAMMANN
DEPUTY SHERIFF
SHIELD # 376**

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 2ND FLOOR
NEW YORK, NY  10038



# SHERIFF'S AFFIDAVIT OF SERVICE
**Personal Service**

**Docket #** 08 CIV 4491

**Part _____ Hearing Date**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

**Sheriff's Case #** 08013988

## MONTI J. CASTANEDA

PLAINTIFF/PETITIONER

    VS

## INSTITUTE OF INTERNATIONAL EDUCATION, IN

DEFENDANT/RESPONDENT
-------------------------------------------------x

**STATE OF NEW YORK**
**NEW YORK COUNTY } SS:**

I, **JOHN HAMMANN**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **6/19/2008**, at approximately **10:40AM** at **809 UNITED NATIONS PLAZA  NEW YORK, NY 10017** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT** upon **JOAN WALL**, in the following manner:

**[X] PERSONAL SERVICE**

By delivering to and leaving with, **MS. AMANDA SPADACCINI**, a person of suitable age and discretion, who stated he/she was **AGENT DESIGNATED FOR SERVICE** to the defendant/respondent, a true copy thereof. Said address is the **ACTUAL PLACE OF BUSINESS** of the defendant/respondent.

**[X] DESCRIPTION:**

| | | | |
|---|---|---|---|
| Skin Complexion: **LIGHT** | Sex: **Female** | Approx. Age: **30** | Height: 5'6" |
| Weight: **135lbs.** | Hair Color: **BROWN** | | |

**[X] MAILING**

On **JULY 1, 2008** , I mailed the above mentioned process (es) by first class USPS mail to the defendant/respondent at his/her last known residence/actual place of business in an envelope bearing the legend **"PERSONAL AND CONFIDENTIAL"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant/respondent.

**[ ] STATUTORY FEE DESCRIPTION**

At the time of service, a statutory fee $_____ was left with the person mentioned and described herein.

**SHERIFF OF THE CITY OF NEW YORK**
**Lindsay Eason**

**Dated: 07/01/2008**

Notary
Sworn before me
this 1ST day of July , 2008

LUIS D. FELICIANO
Notary Public, State of New York
No. 03FE6607556
Qualified in Bronx County
Commission Expires Feb.22, 2010

BY: _____

**JOHN HAMMANN**
**DEPUTY SHERIFF**
**SHIELD # 376**

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 2ND FLOOR
NEW YORK, NY 10038