

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONTI J. CASTANEDA,

                Plaintiff,

-against-

INSTITUTE OF INTERNATIONAL EDUCATION, INC., JOAN WALL and MARY KIRK,

                Defendants.

---

Index No. 1:08-cv-4491 (BSJ)(AJP)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties hereto, that the time for defendants Institute of International Education, Joan Wall and Mary Kirk to answer, move against, or otherwise respond to the Complaint in the above-entitled action is extended through and including August 8, 2008.

Dated: New York, New York
       July 18, 2008

/s/ Gerardo Mejia
Gerardo E. Mejia (GM 0128)

305 Madison Avenue
New York, New York 10165
(212) 924-9244

Attorney for Plaintiff

Michele A. Coyne (MC-1795)
Shelby A. Silverman (SS-0114)

Kauff, McClain & McGuire LLP
950 Third Avenue
New York, New York 10022
(212) 644-1010

Attorneys for Defendants

SO ORDERED

7/21/08
U.S.M.J.
HON. ANDREW J. PECK
United States Magistrate
Southern District of N[Y]

**BY FAX**

Copy for ECF: Mail Court

Judge Jones

4837-2670-5666.2