```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC# _____
------------------------------------x         DATE FILED: 7/21/08

MONTI J. CASTANEDA,                       :

              Plaintiff,                  :   08 Civ. 4491 (BSJ) (AJP)

       -against-                          :   ORDER SCHEDULING
                                              INITIAL PRETRIAL CONFERENCE
INSTITUTE OF INTERNATIONAL EDUCATION,     :
INC., JOAN WALL & MARY KIRK,
                                          :
              Defendants.
                                          :
------------------------------------x
```

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Friday, July 25, 2008 at 11:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
          July 21, 2008

                                   _____
                                   Andrew J. Peck
                                   United States Magistrate Judge

Copies **by fax & ECF** to:   Gerardo E. Mejia, Esq.
                              Shelby A. Silverman, Esq.
                              Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference