USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____7/25/08_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

MONTI J. CASTANEDA,                                  :

               Plaintiff,                         :

          -against-                               :

INSTITUTE OF INTERNATIONAL EDUCATION,    :
INC., JOAN WALL & MARY KIRK,

                                        :

              Defendants.                        :

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

08 Civ. 4491 (BSJ) (AJP)

RULE 16 INITIAL PRETRIAL
<u>CONFERENCE ORDER</u>

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held

on July 25, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

        1.      All fact and expert discovery must be completed by November 24, 2008.

Expert reports must be served by August 29, 2008 plaintiff, October 17, 2008 defendants.

Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due August 15, 2008.

The parties shall discuss any issues with respect to electronic discovery before the next court

conference.

        2.      Each party will notify this Court by November 26, 2008 as to whether

it intends to move for summary judgment.  Summary judgment motions must be filed by

C:\ORD\16RULES

Decemer 19, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

3.   The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by December 19, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4.   A status conference will be held before the undersigned on September 8, 2008 at 2:00 p.m. in Courtroom 20D (500 Pearl Street).

5.   The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         July 25, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Gerardo E. Mejia, Esq.
                              Michele A. Coyne, Esq.
                              Judge Barbara S. Jones

C:\ORD\16RULES