UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTI J. CASTANEDA,

                Plaintiff,

-against-

INSTITUTE OF INTERNATIONAL EDUCATION, INC., JOAN WALL and MARY KIRK,

                Defendants.

Index No. 08 Civ. 4491 (BSJ)(AJP)

**FED. R. CIV. P. 7.1 STATEMENT**

Defendant, Institute of International Education, Inc., by its attorneys, Kauff McClain & McGuire LLP, certifies that the following are its corporate parents, affiliates and/or subsidiaries which are publicly held: None.

Dated: New York, New York.
         August 8, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: _____
Michele A. Coyne (MC-1795)
Shelby A. Silverman (SS-0114)

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010

Attorneys for Defendants
INSTITUTE OF INTERNATIONAL EDUCATION, INC., JOAN WALL and MARY KIRK

4839-2901-5554.1