## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK )

      **NICHOLAS G. NIKIC,** hereby deposes and says under the penalties of perjury that:

      I am over 18 years of age and reside in New York State. I am not a party to this action. On February 28, 2008, I caused the documents listed below to be served on counsel for Plaintiff at the address listed below, by Federal Express.

      Documents served:

           Fed. R. Civ. P. 7.1 Statement
           Verified Answer
           Verification of the Institute of International Education
           Verification of Joan Wall
           Verification of Mary Kirk

      Plaintiff's Attorney:

           Gerardo E. Mejia, Esq.
           305 Madison Avenue, Suite 449
           New York, NY 10165

_____
Nicholas G. Nikic

Sworn to before me this
8th day of August, 2008

_____
Notary Public

AISLINN S. McGUIRE
Notary Public, State of New York
No. 02MC6166260
Qualified in New York County
Commission Expires 05/21/2011